IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD W. MONINGTON | : | CIVIL ACTION |
| | : | NO. 10-4591 |
| v. | : | |
| | : | |
| CSX TRANSPORTATION, INC. | : | |
| | : | |

ORDER

AND NOW, this 22nd day of November, 2010, upon consideration of defendant's motion to transfer venue and plaintiff's response thereto, it is ORDERED that defendant's motion is GRANTED. This action is TRANSFERRED to the United States District Court for the Northern District of New York.

THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.